PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNIQUE DESIGNS, LLC, | ) |
| Plaintiff, | ) CASE NO. 5:23-CV-2164 |
| v. | ) |
| | ) JUDGE BENITA Y. PEARSON |
| SIGNET JEWELERS LTD., *et al.*, | ) |
| Defendants. | ) **ORDER OF DISMISSAL** |

Plaintiff has voluntarily dismissed its Complaint against Defendants with prejudice. ECF No. 3. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court dismisses the case with prejudice.

Upon the parties' request, the Court will retain jurisdiction to enforce the settlement in this matter. In order for the Court to do so, the parties are directed to submit a copy of the executed settlement agreement to judy_guyer@ohnd.uscorts.gov.

IT IS SO ORDERED.

November 30, 2023                             */s/ Benita Y. Pearson*
Date                                                 Benita Y. Pearson
                                                           United States District Judge